IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RACHELLE DUVALL, as Personal Representative of the ESTATE OF MARK DUVALL, deceased; and RACHELLE DUVALL, as Personal Representative of the ESTATE OF TAMMY DUVALL, deceased, | : : : : : : : | No. 4:CV 05-1786<br><br>Judge Jones |
| Plaintiffs, | : : | |
| v. | : : | |
| AVCO CORPORATION, et al., | : : | |
| Defendants | : | |

## ORDER

**February 3, 2006**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On January 31, 2006, Plaintiffs' filed a Stipulation for Order of Dismissal of Lear Romec Corp. Only (doc. 83) which this Court granted by Order (doc. 85) on February 1, 2006. Previously, on November 28, 2005 Defendant Lear Romec Corp. filed a Motion to Dismiss, or in the Alternative, to Transfer this Action to the United States District Court for the District of Alaska, Anchorage Division ("the Motion"). (Rec. Doc. 47). Since Lear Romec Corp. has been dismissed as a Defendant in this action, this pending Motion is moot, and shall be dismissed as

1

such.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion (doc. 47) is DISMISSED as MOOT.

John E. Jones III
United States District Judge

2